# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

ERICK WANJIKU #A058-531-304          CIVIL ACTION NO.  6:25-CV-02108 SEC P

VERSUS                              JUDGE JAMES D. CAIN, JR.

DEPT OF HOMELAND SECURITY          MAGISTRATE JUDGE CAROL B. WHITEHURST

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 16), and after a de novo review of the record, including the Objection (Rec. Doc. 20) filed by Petitioner, concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **DENIED** and **DISMISSED, WITH PREJUDICE** as to the jurisdictional issue, but **WITHOUT PREJUDICE** as to the merits of Petitioner's claim.

**THUS, DONE AND SIGNED** in Chambers this 11th day of May, 2026.

_____
JAMES D. CAIN, JR
**UNITED STATES DISTRICT JUDGE**